AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| CRISTOBAL LOPEZ-DE ROSAS | CASE NUMBER: 08CR1256-JM |

I, CRISTOBAL LOPEZ-DE ROSAS, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ROSASC
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER