FILED

MAY 2? 2008

[DISTRICT COURT
DISTRICT OF CALIFORNIA
DEPUTY]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1256-JM |
|---|---|
| Plaintiff, | ) **Superseding** |
|  | ) I N F O R M A T I O N |
| v. | ) |
|  | ) Title 18, U.S.C., Sec. 1001 - |
| CRISTOBAL LOPEZ-DE ROSAS, | ) False Statement to a Federal |
|  | ) Officer |
| Defendant. | ) |

The United States Attorney charges:

On or about March 27, 2008, within the Southern District of California, defendant CRISTOBAL LOPEZ-DE ROSAS, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to federal officer that his name was Angel Lopez-De Rosas, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and

//
//
//
//

CJB:es:San Diego
5/23/08

1  fraudulent when made; in violation of Title 18, United States Code,
2  Section 1001.
3       DATED: _5/29/08_ .

KAREN P. HEWITT
United States Attorney

_/s/_ for CARLA J. BRESSLER
Assistant U.S. Attorney