AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA     WAIVER OF INDICTMENT

v.

CRISTOBAL LOPEZ-DE ROSAS     CASE NUMBER: 08CR1256-JM

   I, CRISTOBAL LOPEZ-DE ROSAS, the above named defendant, who is accused of committing the following offense:

   Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/29/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ROSASC
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER